IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JEFFREY BROWN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 3:26-cv-527-D |
| | § | |
| **QUINLAN INDEPENDENT SCHOOL DISTRICT,** | § § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Plaintiff Jeffrey Brown ("Brown") certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Jeffrey Brown
Plaintiff

Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601

Respectfully submitted,

*/s/  Douglas B. Welmaker*
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill St.
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**