# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JEFFREY BROWN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 3:26-cv-527-D |
| | § | |
| **QUINLAN INDEPENDENT SCHOOL DISTRICT,** | § § § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION TO EXTEND ANSWER DATE

Plaintiff Jeffrey Brown ("Plaintiff") and Defendant Quinlan Independent School District ("Defendant) by and through their undersigned counsel, file this Joint Motion to Extend Answer Date and show the Court as follows:

1. On February 18, 2026, Plaintiff initiated this action against Defendant alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* (Dkt. 1).

2. On February 26, 2026, Defendant was served with a summons requiring it to answer or otherwise respond to the Complaint by March 19, 2026.

3. Subsequent to the filing of the Complaint, counsel for Plaintiff and Defendant met and conferred about Defendant's responsive pleading deadlines and also exchanged information. During the conference, counsel agreed to extend Defendants' deadlines to answer or otherwise respond until 60 days after the date of service, which would have been the same time Defendant would have had in the event Plaintiff had sent Defendant a waiver of service.

4. As such, the Parties jointly move to extend Defendant's deadlines to answer or otherwise respond to the Complaint to April 27, 2026.

5. The request for extension will provide time for the parties to further investigate the facts of their respective cases and determine what facts are in dispute and whether the matter can be resolved without either side expending additional attorneys' fees for filing a motion for leave to amend, preparing an answer or otherwise responding to the Complaint.

6. Wherefore, Plaintiff and Defendant move the Court to extend Defendant's answer date until April 27, 2026 and otherwise stay the proceedings and for such further action as the Court finds necessary to enable the parties to attempt to resolve this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Douglas B. Welmaker* | /s/ *Stephen E. Dubner* (by permission) |
| Douglas B. Welmaker | Stephen E. Dubner |
| State Bar No. 00788641 | State Bar No. 24031592 |
| doug@welmakerlaw.com | Law Office of Stephen E. Dubner |
| **Welmaker Law PLLC** | 2785 Rockbrook Dr., Suite 205 |
| 505 E. Magrill | Lewisville, Texas 75067 |
| Longview, Texas 75601 | 940-239-7568 |
| Phone: (512) 799-2048 | 214-257-8818(Metro) |
| | 866-611-0725 (Fax) |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

### CERTIFICATE OF SERVICE

I certify a true and correct copy of this document has been served on all counsel of record via the Court's ECF system on March 9, 2026

                                                  */s/ Douglas B. Welmker*
                                                  Douglas B. Welmaker