**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JEFFREY BROWN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 3:26-cv-527-D** |
| | § | |
| **QUINLAN INDEPENDENT SCHOOL** | § | |
| **DISTRICT,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Jeffrey Brown ("Plaintiff") files this Notice of Dismissal Without Prejudice regarding Plaintiff's claims against Defendant Quinlan Independent School District ("Defendant") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(i).

As Defendant has not yet filed an Answer or a Motion for Summary Judgment, this Notice of Dismissal without Prejudice is timely.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jeffrey Brown hereby gives his Notice of Dismissal without Prejudice and without the requirement of a Court Order.

Respectfully submitted,


/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
505 E. Magrill
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically filed through the CM/ECF system on April 1, 2026.


*/s/ Douglas B. Welmaker*
Douglas B. Welmaker